LAW OFFICES OF ALAN ADELMAN
Alan Adelman, Esq. (SBN 170860)
240 Stockton Street, 4th Fl.
San Francisco, CA 94108
Tel: 415-956-1376
Fax: 415-358-4060

Attorney for Plaintiff
CYNTHIA SHIBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SHIBA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE HERSHEY COMPANY,<br><br>　　　　Defendant. | Case No. 4:14-cv-03805-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

The Parties to the above-entitled action jointly submit this STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES.

WHEREAS, a Case Management Conference is currently scheduled to be conducted on December 12, 2014.

WHEREAS, the deadline for the parties to complete initial disclosures and to file a Rule 26(f) Report and the Case Management Conference Statement is December 5, 2014.

WHEREAS, the parties are currently engaged in negotiations to attempt to reach a full and final settlement as to all disputed issues and the entire lawsuit.

WHEREAS, the parties wish to delay incurring the time and expense which would be necessary to meet these current deadlines and to attend the currently scheduled Case

Management Conference, as the parties believe that it would be more efficient and cost effective to focus all current efforts towards negotiating a resolution.

Accordingly, the Parties, by and through their attorneys of record, stipulate to the deadline for the completion of initial disclosures and the joint filing of a Rule 26(f) Report and the Case Management Conference Statement to be continued to January 9, 2015.

The parties further stipulate to the Case Management Conference being continued to January 16, 2015 in Courtroom 5, 2nd floor at 11:00 AM.

DATED: December 1, 2014                MORGAN, LEWIS & BOCKIUS LLP


By: /s/ Christopher D. Havener
Christopher D. Havener, Esq.
Attorneys for Defendant
THE HERSHEY COMPANY

DATED: December 1, 2014                LAW OFFICES OF ALAN ADELMAN


By: /s/ Alan Adelman
Alan Adelman, Esq.
Attorney for Plaintiff
CYNTHIA SHIBA

## ORDER

Good cause appearing, and based on the above stipulation, the deadline for the parties' completion of initial disclosures and for the filing of a Rule 26(f) Report and the Joint Case Management Conference Statement shall be continued to January 9, 2015. The Case Management Conference shall be continued to January 16, 2015 in Courtroom 5, 2nd floor at 11:00 AM.

IT IS SO ORDERED.

Dated: December 2, 2014

_____
HON. DISTRICT JUDGE JEFFREY S. WHITE

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES