LAW OFFICES OF ALAN ADELMAN
Alan Adelman, Esq. (SBN 170860)
240 Stockton Street, 4th Fl.
San Francisco, CA 94108
Tel: 415-956-1376
Fax: 415-358-4060

Attorney for Plaintiff
CYNTHIA SHIBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SHIBA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE HERSHEY COMPANY,<br><br>　　　　　Defendant. | Case No. 4:14-cv-03805-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |

The Parties to the above-entitled action jointly submit this STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES.

WHEREAS, a Case Management Conference is currently scheduled to be conducted on January 16, 2015.

WHEREAS, the deadline for the parties to complete initial disclosures and to file a Rule 26(f) Report and the Case Management Conference Statement is January 9, 2015.

WHEREAS, the parties have reached a settlement as to all disputed issues and the entire lawsuit.

WHEREAS, the parties wish to avoid incurring the time and expense which would be necessary to meet these current deadlines and to attend the currently scheduled Case

Management Conference, as the parties intend to complete all documentation associated with the settlement and file a stipulation of dismissal within sixty days.

Accordingly, the Parties, by and through their attorneys of record, stipulate to the deadline for the completion of initial disclosures and the joint filing of a Rule 26(f) Report and the Case Management Conference Statement to be continued to March 6, 2015.

The parties further stipulate to the Case Management Conference being continued to March 13, 2015 in Courtroom 5, 2nd floor at 11:00 AM.

DATED: January 12, 2015          MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Christopher D. Havener
Christopher D. Havener, Esq.
Attorneys for Defendant
THE HERSHEY COMPANY

DATED: January 12, 2015          LAW OFFICES OF ALAN ADELMAN

By: /s/ Alan Adelman
Alan Adelman, Esq.
Attorney for Plaintiff
CYNTHIA SHIBA

## ORDER

Good cause appearing, and based on the above stipulation, the deadline for the parties' completion of initial disclosures and for the filing of a Rule 26(f) Report and the Joint Case Management Conference Statement shall be continued to March 6, 2015. The Case Management Conference shall be continued to March 13, 2015 in Courtroom 5, 2nd floor at 11:00 AM.

IT IS SO ORDERED.

Dated: January 12, 2015

_____
HON. DISTRICT JUDGE JEFFREY S. WHITE

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES